McGREGOR W. SCOTT
United States Attorney
RACHEL R. DAVIDSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
E-mail:     Rachel.Davidson@usdoj.gov
Telephone: (916) 554-2731
Facsimile:  (916) 554-2900

Attorneys for Defendant
UNITED STATES POSTAL SERVICE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS VOLLMER,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>　　　　　　　Defendant. | CASE NO. 2:20-CV-02182-KJM-AC<br><br>**[PROPOSED] ORDER DISMSSING CASE WITH PREJUDICE** |

　　　Pursuant to stipulation by the parties, the above-captioned lawsuit is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs and fees.

　　　IT IS SO ORDERED.

DATED: November 5, 2020

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER　　　1